UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARLENE ELLIS,<br><br>                 Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,, Commissioner of the Social Security Administration<br><br>                 Defendant. | CASE NO. 11-cv-05833-RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g) (ECF No. 12).

      After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion and ORDER that the above-captioned case

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

be REMANDED for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). This Court shall retain jurisdiction.

On remand, the Administrative Law Judge (the "ALJ") should conduct a *de novo* hearing. The ALJ should: (1) obtain medical records from The Vancouver Clinic and add them to the administrative record; (2) update the medical treatment evidence and reevaluate the treating, examining, and non-examining medical source opinions in the record; (3) if warranted, obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairments; (4) reevaluate Plaintiff's credibility and residual functional capacity on the updated record, citing specific evidence in support of assessed limitations; (5) continue with the sequential evaluation process, obtaining medical expert testimony and supplemental vocational expert testimony if warranted, and further consider whether or not Plaintiff can perform past relevant work; and (6) evaluate the effect, if any, of Plaintiff's subsequent allowance finding her disabled beginning March 15, 2011.

If the final decision of the Commissioner on remand is not fully favorable to Plaintiff, Plaintiff may seek judicial review by moving to reopen this case rather than by filing a new Complaint.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g).

Dated this 6th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge