UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ARLENE ELLIS, | |
|---|---|
| Plaintiff, | CASE NO. 11-cv-05833 RBL |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on the Defendant's Stipulated Motion for Remand Pursuant to Sentence Six, 42 U.S.C. § 405(g) (ECF No. 12), and the relevant record does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) to the Commissioner for a *de novo* hearing;

(3) This Court retains jurisdiction over this action;

1   (4)  After remand, the Commissioner of Social Security shall modify or affirm the
2       Commissioner's findings of fact or the Commissioner's decision, or both, and
3       shall file with the Court any such additional or modified findings of fact and
4       decision;
5   (5)  If the outcome is still not fully favorable to Plaintiff, the Commissioner shall file
6       with the Court a transcript of the additional record and testimony on which the
7       Commissioner's action in modifying or affirming is based, and plaintiff may seek
8       judicial review by reinstating this case rather than by filing a new complaint; and

If the outcome is favorable to Plaintiff, the parties shall move this Court for entry of Judgment.

DATED this 6th day of February, 2012.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE